IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA RIVER WATCH and
COAST ACTION GROUP,

    Plaintiffs,

v.

PACIFIC GAS AND ELECTRIC
COMPANY,

    Defendant.

No. C 17-05874 WHA

**NOTICE RE ENTRY OF JUDGMENT**

    A prior order granted defendant's motion to dismiss plaintiffs' amended complaint but allowed plaintiffs to move for leave to file a second amended complaint by March 7 at noon (Dkt. No. 40). As of the date of this order, however, plaintiffs have not so moved. Judgment will be entered unless one or more parties object by **MARCH 19 AT NOON**.

Dated: March 15, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE