**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA RIVER WATCH and
COAST ACTION GROUP,

No. C 17-05874 WHA

Plaintiffs,

v.

**JUDGMENT**

PACIFIC GAS AND ELECTRIC
COMPANY,

Defendant.

/

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Pacific Gas and Electric Company, and against plaintiffs California River Watch and Coast Action Group.  The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated:  March 21, 2018.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE